No. 380. COMMISSIONER OF INTERNAL REVENUE *v.* HANSEN ET UX. C. A. 9th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Meyer Rothwacks* for petitioner.

No. 381. COMMISSIONER OF INTERNAL REVENUE *v.* GLOVER. C. A. 8th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Meyer Rothwacks* for petitioner.

No. 272. RESERVE LIFE INSURANCE CO. ET AL. *v.* BANKERS LIFE & CASUALTY CO. ET AL.; and

No. 377. HARTFORD ACCIDENT & INDEMNITY CO. *v.* RESERVE LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. *James A. Dixon* for petitioners in No. 272. *M. F. Goldstein, B. D. Murphy* and *Robert E. Coll* for the Hartford Accident & Indemnity Co., petitioner in No. 377 and respondent in No. 272. *Charles F. Short, Jr.* and *Miller Walton* for the Bankers Life & Casualty Co., respondent. *Eugene Cook,* Attorney General, filed a brief for the State of Georgia, as *amicus curiae,* in support of the petition for a writ of certiorari in No. 377. Reported below: 257 F. 2d 377.

No. 365. FLEMING *v.* AETNA LIFE INSURANCE CO. ET AL. C. A. 10th Cir. Certiorari denied. *Glenn O. Young, Glenn A. Young* and *David Young* for petitioner. *Robert J. Woolsey* for the Aetna Life Insurance Co., *Sam T. Allen, III,* for Rettenmeyer, and *Raymond C. Jopling, Jr.* for Sprankle et al., respondents.